PROB 12B
(7/93)

Report Date: January 14, 2008

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 18 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph R Hutchinson          Case Number: 2:01CR00092-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 11/19/2001          Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Receive and Pass Counterfiet Obligations of the United States, 18 U.S.C. § 371; Conspiracy to Import a Controlled Substance, 21 U.S.C. § 952, 960, and 963; Possession With Intent to Distribute a Controlled Substance: Cocaine, 21 U.S.C. § 841(a)(1) and 18 U.S.C. 2

Date Supervision Commenced: 01/14/ 2008

Original Sentence: Prison - 120 Months; TSR - 72 Months

Date Supervision Expires: 01/13/ 2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to U.S. v Stephens, ninth circuit case law, the above modification with the offender's consent is being submitted to Your Honor for review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/14/08

Richard B. Law
U.S. Probation Officer

Prob 12B
**Re: Hutchinson, Joseph R**
**January 14, 2008**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

1-18-08
Date